UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **J.J.B. HILLIARD, W.L. LYONS, LLC,** ) | |
| ) | |
| Plaintiff/Arbitration Respondent, ) | |
| ) | Case No. 1:09-cv-535 |
| v. ) | |
| ) | The Hon. Judge Dlott |
| **CARLOS REISEN, JR.,** ) | |
| ) | |
| Defendant/Arbitration Claimant. ) | |
| ) | |

**OPPOSITION TO MOTION TO CONFIRM A FINRA ARBITRATION AWARD FILED BY DEFENDANT/ARBITRATION CLAIMANT CARLOS REISEN, JR.**

Plaintiff/Arbitration Respondent J.J.B. Hilliard, W.L. Lyons, LLC ("Hilliard Lyons") responds to the Motion to Confirm a FINRA Arbitration Award filed by Defendant/Arbitration Claimant Carlos Reisen, Jr., as follows:

**DISCUSSION**

For the reasons stated in Hilliard Lyons' Complaint to Vacate and/or Modify the Arbitration Award ("Complaint to Vacate"), Reisen's Motion should be denied. In the Complaint to Vacate, Hilliard Lyons established that the arbitration award must be overturned pursuant to Sections 10 and 11 of the Federal Arbitration Act, 9 U.S.C. §§ 10 and 11, because the arbitrators exceeded or so imperfectly executed their powers that a mutual, final, and definite award was not rendered by FINRA and because the arbitrators manifestly disregarded the law regarding defamation, privilege, and awards of attorneys' fees. The Complaint to Vacate raises more than sufficient legal issues to deny this Motion. Specifically, because, as a matter of law, Hilliard Lyons is entitled to either an absolute or a qualified privilege regarding statements made on Reisen's Form U5, the FINRA Arbitration Panel manifestly disregarded the law when it concluded that Hilliard Lyons was liable for defamation. Moreover, as noted in its Complaint to

Vacate, Hilliard Lyons has requested that the Court set a schedule for the briefing of issues regarding whether or not the FINRA arbitration award at issue should be vacated and/or modified. Therefore, Reisen's Motion to Confirm the FINRA arbitration award is not ripe for consideration until this Court has considered all substantive issues raised in Hilliard Lyons' Complaint to Vacate.

## CONCLUSION

In conclusion, for the same reasons noted in its Complaint to Vacate, Hilliard Lyons respectfully requests that the Court deny Reisen's Motion to Confirm the FINRA Arbitration Award. Furthermore, Hilliard Lyons renews its request – initially made in its Complaint to Vacate – that the Court set a schedule so that the issues raised in Hilliard Lyons' Complaint to Vacate and in Reisen's Motion can be fully briefed.

Respectfully Submitted,

Dated:  October 16, 2009

_/s/ David K. Montgomery_____
DAVID K. MONTGOMERY
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH  45202
Tel: 513-579-6475
Fax: 513-579-6457
Email: dmontgomery@kmklaw.com
*Attorneys for Plaintiff/Arbitration*
*Respondent J.J.B. Hilliard, W.L. Lyons, LLC*

Of Counsel:

THOMAS B. LEWIS
Stark & Stark, P.C.
P.O. Box 5315
993 Lenox Drive
Princeton, New Jersey 08543
Tel: 609-895-7321
Fax: 609-895-7395
Email: tlewis@stark-stark.com
*Attorneys for Plaintiff/Arbitration Respondent*
*J.J.B. Hilliard, W.L. Lyons, LLC*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2009, the foregoing Opposition of Plaintiff J.J.B. Hilliard/W.L. Lyons, LLC to Defendant's Motion to Confirm a FINRA Award was filed electronically utilizing the Court's CM/ECF filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel for Defendant, William K. Flynn, Esq., Strauss & Troy, 150 E. Fourth Street, Cincinnati, Ohio 45202.  Parties may access this filing through the Court's system.

                                                                     /s/ David K. Montgomery_____

3169106.4